IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CONNIE L. TAYLOR | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:12-cv-00617 – A |
| | § | |
| BANKERS FINANCIAL | § | |
| MORTGAGE, ANNA DeCAMP, | § | |
| FIRST FRANKLIN LOAN SERVICES, | § | |
| BANK OF AMERICA, N.A. | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' NOTICE TO REMAND

Defendants First Franklin Loan Services and Bank of America, N.A hereby notify the Court it has reached an agreement with Defendant Anna DeCamp to remand this action back to the 17th District Court of Tarrant County, Texas, from which it was removed.

Date: September 12, 2012

Respectfully submitted,

Michael J. McKleroy, Jr., SBN: 24000095
Elizabeth A. Mazzarella, SBN: 24069320
AKERMAN SENTERFITT, LLP
2001 Ross Avenue, Suite 2550
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile: 214.981.9339

**ATTORNEYS FOR DEFENDANTS
FIRST FRANKLIN LOAN SERVICES
AND BANK OF AMERICA, N.A.**

## CERTIFICATE OF CONFERENCE

This is to certify that on September 11, 2012, undersigned counsel conferred with counsel for Anna DeCamp, and he represented that he is unopposed to and agrees with this notice of remand.

_____
Elizabeth A. Mazzarella

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2012 a true and correct copy of the foregoing was served as follows:

H. Hudson Henley
David F. Gonzalez
Henley & Henley, PC
3300 Oak Lawn Avenue
Suite 700
Dallas, Texas 75219
*Counsel for Plaintiff*
**VIA THE COURT'S ELECTRONIC FILING SYSTEM**

Stephen C. Schoettmer
Thompson & Knight LLP
1722 Routh Street
Suite 1500
Dallas, Texas 75201
*Counsel for Anna DeCamp*
**VIA THE COURT'S ELECTRONIC FILING SYSTEM**

_____
Elizabeth A. Mazzarella